1 **THE URBAN LAW FIRM**
   MICHAEL A. URBAN, Nevada State Bar No. 3875
2  4270 S. Decatur Blvd., Suite A-9
   Las Vegas, NV 89103
3  Telephone: (702) 968-8087
   Facsimile: (702) 968-8088
4  Electronic Mail:  murban@theurbanlawfirm.com
   **Counsel for Plaintiffs**

5

6

7

8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF NEVADA

10 | TRUSTEES OF THE BRICKLAYERS & )
   | ALLIED CRAFTWORKERS LOCAL 13 )
11 | DEFINED CONTRIBUTION PENSION TRUST ) CASE NO: 2:10-cv-01629-PMP-LRL
   | FOR SOUTHERN NEVADA; TRUSTEES OF )
12 | THE BRICKLAYERS & ALLIED )
   | CRAFTWORKERS LOCAL 13 HEALTH ) **NOTICE OF VOLUNTARY DISMISSAL**
13 | BENEFITS FUND; TRUSTEES OF THE ) **OF DEFENDANTS MOOSMAN**
   | BRICKLAYERS & ALLIED ) **CAULKING AND GARY MOOSMAN**
14 | CRAFTWORKERS LOCAL 13 VACATION )
   | FUND; BRICKLAYERS & ALLIED )
15 | CRAFTWORKERS LOCAL 13 NEVADA; )
   | TRUSTEES OF THE BRICKLAYERS & )
16 | TROWEL TRADES INTERNATIONAL )
   | PENSION FUND; TRUSTEES OF THE )
17 | BRICKLAYERS & TROWEL TRADES )
   | INTERNATIONAL HEALTH FUND; and )
18 | TRUSTEES OF THE INTERNATIONAL )
   | MASONRY INSTITUTE, )
19                                               )
                   Plaintiffs,                   )
20                                               )
   vs.                                           )
21                                               )
   MOOSMAN CAULKING, a Nevada                    )
22 corporation; and GARY MOOSMAN,                )
   individually;                                 )
23                                               )
                   Defendants.                   )
24 _____)

25 …

26 …

27 …

28 …

2905                                1

**NOTICE IS HEREBY GIVEN** that pursuant to Fed. R. Civ. P. 41(a), Plaintiffs voluntarily dismiss Defendants MOOSMAN CAULKING and GARY MOOSMAN ("Defendants") from the above-captioned action. Defendants have not served an answer in this action.

Dated: November 24, 2010

THE URBAN LAW FIRM

By: _____
MICHAEL A. URBAN, Nevada State Bar No. 3875

IT IS SO ORDERED.

_____
PHILIP M. PRO, U.S. DISTRICT JUDGE

DATED: November 30, 2010.